```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

PAUL DAVID WESTFALL                                      PLAINTIFF

    V.                    Civil No. 14-6110

THE HONORABLE HOMER WRIGHT;
STEVEN OLIVER; TIM BECKHAM;
MARK FRAISER; MARK CHAMBERLAIN;
RAY HOBBS; SARA HANEY; DALE REED
and GAYLON LAY                                          DEFENDANTS

## O R D E R

On this 4th day of August 2015, there comes on for consideration the report and recommendation filed in this case on June 8, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas.  (Doc. 7). Also before the Court are Plaintiff's objections.  (Doc. 9).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Separate Defendants Wright, Beckham and Fraiser are DISMISSED as defendants in this matter. Plaintiff's claims against all other defendants remain for further resolution.  Service will be addressed by separate order.

    IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge